UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN YING XIE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No.  14-cv-02325-JCS<br><br>**ORDER TO PAY EAJA AWARD DIRECTLY TO PLAINTIFF'S COUNSEL** |

On April 12, 2016 the Court found that Plaintiff is entitled to $7,844 in EAJA fees. *See* Docket No. 30. The Court deferred deciding the question of whether the award should be paid to Plaintiff or directly to her counsel and gave the parties 14 days to file additional materials. In particular, it asked Plaintiff's counsel to submit a copy of the fee agreement and/or any other document showing that Plaintiff assigned her right to EAJA fees to counsel and asked Defendant to file a declaration confirming that it waives the requirements of the Anti-Assignment Act. Earlier in the Order, the Court noted that it appeared that the Defendant *does* waive the requirements of the Anti-Assignment Act. Subsequently, Plaintiff's counsel filed a copy of the fee agreement with Plaintiff, reflecting that Plaintiff expressly assigned "any and all court-awarded EAJA attorney fees" to her attorney. *See* Docket No. 31. Defendant did not file the requested declaration; nor did it file a declaration expressing any objection to the Court's previous finding that it waives the requirements of the Anti-Assignment Act. The deadline to do so has now passed. Accordingly, the Court finds that Defendant waives the requirements of the Anti-Assignment Act and orders that the EAJA award be paid directly to Plaintiff's counsel, Katherine

1  Siegfried, subject to any offset for debts Plaintiff owes to the federal government.

2  **IT IS SO ORDERED.**

3  Dated: April 28, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge